## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed on or After November 1, 1987) |
| **Alfonso Alvarado-Soto** | No. 07-10782-001M-SD |
| Citizen of Mexico | Richard L. Juarez (AFPD)<br>Attorney for Defendant |
| USM#: 28522086    DOB: 1966 | ICE#: A29 655 859 |

**THE DEFENDANT ENTERED A PLEA OF** guilty on 11/26/2007 to Count THREE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count THREE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SIX (6) MONTHS on Count THREE, with credit for time served.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted    **FINE:** $    **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count THREE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within  prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**07-10782-001M-SD**  Page 2 of 2
USA vs. Alfonso Alvarado-Soto

Date of Imposition of Sentence: **Tuesday, November 27, 2007**

_____ Date 11/27/2007_____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____   By:_____
United States Marshal                                    Deputy Marshal
07-10782-001M-SD -

UNITED STATES DISTRICT COURT                                                          MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: __11/27/2007__          CASE NUMBER: __07-10782-001M-SD__

**PLEA/SENTENCING MINUTES**
USA vs. __Alfonso Alvarado-Soto__

U.S. MAGISTRATE JUDGE: __JAY R. IRWIN__  Judge #: __70BK__
U.S. Attorney _____   INTERPRETER REQ'D __Marcia Resler__
                                                 LANGUAGE: __Spanish__
Attorney for Defendant __Richard L. Juarez (AFPD)__

    DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

    DOA __11/25/07__   ☐ Complaint Filed            ☐ Appointment of counsel hearing held
    ☐ Financial Afdvt taken   ☐ No Financial Afdvt taken   ☐ Financial Afdvt sealed
    ☐ Initial Appearance

**DETENTION HEARING:**   ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:  before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**   ☒ Held  ☐ Cont'd  ☐ Reset
Set for: before:

☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts __THREE__
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) __THREE__ of the ☐ Information  ☐ Indictment  ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged  ☐ Filed  ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) __ONE/TWO__
☒   ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence   ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of __6 Months__   ☐ Probation/Supervised Release for _____
☒ Special Assessment $ __REMITTED__   ☐ Fine $_____   ☐ Restitution $_____
Other: _____

RECORDED: __CS__
BY: Jocelyn M. Arviso, Deputy Clerk

UNITED STATES DISTRICT COURT                                          MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 11/26/2007          CASE NUMBER: 07-10782M-001-SD

USA vs. Alfonso Alvarado-Soto

U.S. MAGISTRATE JUDGE: MARK WAYNE REEVES FOR JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____   INTERPRETER  Marcia Resler
                                                  LANGUAGE  Spanish
Attorney for Defendant  Matthew Johnson for Richard L. Juarez (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA  11/25/07           ☒  Initial Appearance          ☒  Appointment of counsel hearing held
☐ Financial Afdvt taken ☒  Defendant Sworn             ☐  Financial Afdvt sealed
☐ Rule 5(c)(3)          ☐  Defendant states true name to be ___. Further proceedings ORDERED
                            in Defendant's true name.

| **DETENTION HEARING:** | **IDENTITY HEARING:** |
| --- | --- |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: _____ |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Plea and sentence set for 11/27/07 at 1:00 p.m.

Recorded by Courtsmart (IA: 2 MIN)
BY: Jocelyn M. Arviso
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Alfonso ALVARADO-Soto
Citizen of Mexico
YOB: 1966
A29 655 859
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-10782M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about November 17, 2002, Defendant Alfonso ALVARADO-Soto was arrested and removed from the United States to Mexico through the port of Brownsville, Texas, in pursuance of law, and thereafter on or about November 25, 2007, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about November 25, 2007, within the Southern District of California, Defendant Alfonso ALVARADO-Soto, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers and elude examination or inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325, in that the Defendant was previously convicted for violation of Title 8, United States Code, Section 1325, on May 5, 1999 (Felony).

### COUNT III

That on or about November 25, 2007, within the Southern District of California, Defendant Alfonso ALVARADO-Soto, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes   ☐ No

_____
Signature of Complainant
Nicholas Kingston
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

November 26, 2007                            at            Yuma, Arizona
Date                                                          City and State

Mark Wayne Reeves, U.S. Magistrate          _____
Name & Title of Judicial Officer             Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:                Alfonso ALVARADO-Soto

Dependents:               None

**IMMIGRATION HISTORY:**   The Defendant was last removed through Brownsville, Texas on November 17, 2002.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 10/12/85 | Santa Ana, CA | Receive Known Stolen Property | Unknown |
| 02/08/86 | Anaheim, CA | Sell Furnish/ETC/ Marij. Hashish | 60 Days Jail 36 Months Prob. |
| | | Poss. Marij. Hashish for Sale | Unknown |
| | | Poss. Narc. Cont. Sub. | Prob. Jail |
| | | Poss. Narc. Cont. Sub. for Sale | Dismissed |
| 09/16/86 | Cypress, CA | Petty Theft | Unknown |
| 05/12/88 | Long Beach, CA | Tamper W/ Vehicle | Unknown |
| 06/25/89 | Seattle, WA | Robbery | Unknown |
| 10/04/90 | Seattle, WA | Criminal Trespass | Guilty |
| 03/23/91 | Seattle, WA | Unlawful Inhalation | Unknown |
| 02/18/92 | Long Beach, CA | Take Vehicle w/ out Owner's Consent | 10 Days Jail, 12 Months Prob. |
| | | Remove Part of Realty | Unknown |
| 06/03/92 | Seattle, WA | Theft (Vehicle Prowling) | Guilty |
| 07/11/92 | Seattle, WA | Unlawful Use of Weapons | Dismissed |
| | | Assault | Unknown |
| 11/30/92 | Havre, MT | Theft | Dismissed |
| | | Burglary | 2 yrs SS |
| 08/22/93 | Seattle, WA | VCUSA | Unknown |
| | | Assault 3rd Degree | Unknown |
| | | Glue Sniffing | Unknown |
| 11/20/93 | Seattle, WA | Theft | Unknown |
| 12/31/93 | Seattle, WA | Unlawful Inhalation | Unknown |
| | | Prohibited Substance | Unknown |
| 01/06/94 | Seattle, WA | Theft | Unknown |
| 01/20/94 | Seattle, WA | Property Destruction | Unknown |
| | | Malicious Mischief | Dismissed |
| 04/20/94 | Seattle, WA | Assault | Dismissed |
| 05/31/94 | Seattle, WA | INV VUCSA/Narcotics | 26 Months Prison |
| 12/23/95 | Seattle, WA | FTA-Theft | Unknown |
| | | Prohibited Entry | Unknown |
| 06/24/96 | Seattle, WA | VUCSA | 6 Months Jail, 12 Months Sup. Release |
| | | Failure to Comply | |
| 03/27/97 | Seattle, WA | Warrant VUCSA | Unknown |
| 09/01/97 | Seattle, WA | Unlawful Use of Weapons | 365 Days Jail |
| | | False Reporting | Dismissed |
| 04/20/98 | Seattle, WA | VUCSA/Narcotics(Felony) | No Charge Filed |

| | | | |
|---|---|---|---|
| 09/26/98 | Seattle, WA | Theft | Unknown |
| 10/24/98 | Seattle, WA | FTA Theft | Unknown |
| 12/02/98 | Seattle, WA | Illegal Re-Entry After Deportation | 51 Months Jail, 3 yrs Sup Rel. |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on November 25, 2007.

Charges:  8 USC§1326    (Felony)
          8 USC§1325    (Felony)
          8 USC§1325    (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__November 26, 2007__         _____
Date                           Signature of Judicial Officer